[625 NE2d 587, 605 NYS2d 2]

In the Matter of DAVID SCHIFF.

Decided November 16, 1993

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable David Schiff is suspended, with pay, effective immediately from his office of Justice of the Liberty Village Court, Sullivan County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges SIMONS, TITONE, HANCOCK, JR., BELLACOSA, SMITH and LEVINE.